

# Fourth Court of Appeals
## San Antonio, Texas

January 22, 2018

No. 04-17-00318-CV

Lisa Bueno **MARTINEZ,**
Appellant

v.

**FURMANITE AMERICA, INC.,** Furmanite Corporation, Furmanite Louisiana, LLC f/k/a
Furmanite US GSG LLC, Galbraith Contracting, Inc., Southcross Energy Partners GP, LLC,
Southcross Energy Partners, LP, Southcross NGL Pipeline, Ltd., Estate of Dennis Henneke,
Appellees

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-16-139-C
Honorable Ana Lisa Garza, Judge Presiding

## O R D E R

Appellees, Southcross Energy Partners GP, LLC, Southcross Energy Partners, LP, and Southcross NGL Pipeline, Ltd. third unopposed motion for extension of time to file brief is GRANTED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of January, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court